# EXHIBIT 1

John Michaels Collection Agency
1643 Warwick Avenue Pmb#179, Warwick, RI 02889-1525
(401) 732-0181 or (401) 439-5025

October 10, 2006

Dora Whittemore
Frank D. Ciliberto
95 Beach Avenue
Warwick, RI 02889

Re: S.L. Johnson Company – **BALANCE DUE $4,217.42**

Dear Ms. Whittemore and Mr. Ciliberto:

This office represents S.L. Johnson Company concerning the above referenced matter. My client is owed the sum of $4,217.42 as indicated on the enclosed invoices. You have thirty days from the date of this letter to contest the validity of this claim however such action must be in writing. Otherwise I will expect to receive the sum of $4,217.42 on or before Wednesday, November 8, 2006.

Please be advised my client has the Legal Right and we will proceed with placing a Mechanics' Lien on 95 Beach Avenue, Warwick, RI. Plat 331 Lot 285. Make your Certified Check or Money Order payable to the John Michaels Agency.

Most Sincerely,

John Michaels
President

This communication is an attempt to collect this debt. Any information supplied by you may be used to further collect this debt.

Email: fatboy@zcloud.net

LENNY JOHNSON
DBA S.L. JOHNSON CO.
267 HARRINGTON AVE
WARWICK, RI. 02888
461-8415 226 5525

# CONTRACTORS INVOICE

WORK PERFORMED AT:

75 BEACH AVE
WARWICK. RI. 02889

DATE: 1 SEP 2006 | YOUR WORK ORDER NO. | OUR BID NO.

DESCRIPTION OF WORK PERFORMED

INSTALL CLOSET DOORS ON 2ND FLOOR.
BATHROOM.
REPLACE DRAIN LINE IN WALL TO BASEMENT.
SIDE ROOM. REFRAME. INSTALL PLYWOOD.
KITCHEN AND SIDE ROOM. REFRAME FLOOR
SIDE ROOM. INSTALL WINDOW. ROUGH PLUMB.
WIRE TO RECIVE DRYWALL.
REMOVE WINDOWS IN KITCHEN FRAME FOR REPLACE WINDOWS. INSTALL DOOR KITCHEN
STRIP SIDING UP ABOVE WINDOWS. + PAPER
TYVEK.

| | |
|---|---|
| MATERIAL | 442.43 |
| LABOR: | |
| WALTER 57 HRS @ 25 = | 1425.00 |
| KEVIN 8 HRS @ 25 | 200.00 |
| LENNY 54 HRS @ 25 | 1350.00 |
| TOTAL DUE | 3417.43 |

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of ______ Dollars ($ ______ ).

This is a ☐ Partial ☐ Full invoice due and payable by: ______ Month ______ Day ______ Year

In accordance with our ☐ Agreement ☐ Proposal No. ______ Dated ______ Month ______ Day ______ Year

NC3822

CONTRACTORS INVOICE

FROM: L JOHNSON

# CONTRACTORS INVOICE

NO. ____________

WORK PERFORMED AT:

TO: FRANK
25 BEACH AVE.
WARWICK, RI.

YOUR WORK ORDER NO. OUR BID NO.

[illegible] — 50
[illegible]
LENNY 2 HRS 50
[illegible] 5 HRS 125
LENNY 5 HRS 125

FINISH DEMO & BATHROOM UPSTAIRS
FRONT IN ROUGH PLUMBING.
[illegible] BATHROOM. TAPE & COMPOUND.
[illegible] BATHROOM.
[illegible] PUMP PIPES OVER TO BOX HOOK UP
[illegible] HEATER + TUB ON TEMP. BREAKER
TOTAL DUE 800.00

All material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided. The above work was completed in a substantial workmanlike manner for the agreed sum of ____________ Dollars ($__________).

This is a ☐ Partial ☐ Full invoice due and payable by: ______ Month ______ Day ______ Year
in accordance with our ☐ Agreement ☐ Proposal No.______ Dated ______ Month ______ Day ______ Year.

The John Michaels Agency
1643 Warwick Avenue, Pmb #179
Warwick, RI 02889-1525

Address Correction Requested

PROVIDENCE RI 029
10 OCT 2006 PM 4 L




Dora Whittemore
Frank D. Ciliberto
95 Beach Avenue
Warwick, RI 02889

0288982729