AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of
RHODE ISLAND

DORA WHITTEMORE AND
FRANK CILIBERTO
V.

JOHN MICHAELS D/B/A
JOHN MICHAELS COLLECTION AGENCY

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

CA 07 051 ML

TO: (Name and address of Defendant) JOHN MICHAELS D/B/A JOHN MICHAELS COLLECTION AGENCY
1643 Warwick Avenue
Warwick, Rhode Island, 02889-1525

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MICHAEL S. PEZZULLO, ESQ. (5489)
303 Jefferson Boulevard
Warwick, Rhode Island 02888

732
6181
739-5025

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Duke
Chief Deputy Clerk

CLERK

DATE 2.6.07

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 2-12-07 |
|---|---|
| NAME OF SERVER *(PRINT)* Anthony Marcello Sr | TITLE D-Porty |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Parking Lot AT 1643 Warwick Ave Warwick RI (UPS. Mail Drop)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-12-07
Date

[signature]
*Signature of Server*

3 Kettle St Barrington RI 02806
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

[signature]

(Phone 732 0181
Cell 439 5035)