UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DORA WHITTEMORE and FRANK CILIBERTO

VS

CASE NO. 07-051-ML-LDA
(JURY TRIAL DEMANDED)

JOHN MICHAELS d/b/a JOHN MICHAELS COLLECTION AGENCY

**LATE ENTRY STIPULATION**

The following entry shall be made in the above-captioned action:

1. The Defendant shall have up to, and including, April 2, 2007, in which to answer and/or otherwise respond to the Plaintiffs' Verified Complaint. The answer/response shall have the same force and effect as if timely filed and served.

Plaintiffs,
by their Attorney,

/s/ ______________________

02/26/2007
Date

Michael S. Pezzullo (5489)
303 Jefferson Boulevard
Warwick RI 02888
Tel: 401-921-4800
Fax: 401-921-4805