UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DORA WHITTEMORE and FRANK CILIBERTO

VS CASE NO. 07-051-ML-LDA
(JURY TRIAL DEMANDED)

JOHN MICHAELS d/b/a JOHN MICHAELS COLLECTION AGENCY

**REVISED NOTICE OF VOLUNTARY DISMISSAL**

NOW COME the Plaintiffs in the above-captioned matter and pursuant to Fed. R. Civ. P. 41(a)(1)(i) hereby dismiss their Complaint with prejudice. No interest. No costs.

Plaintiffs,
by their Attorney,

/s/ Michael S. Pezzullo ____________________ 03/15/2007
Date

Michael S. Pezzullo (5489)
303 Jefferson Boulevard
Warwick RI 02888
Tel: 401-921-4800
Fax: 401-921-4805

CERTIFICATION

I hereby certify that on this 15th day of March, 2007, a true copy of the within was mailed first class postage prepaid to:

Gerard M. DeCelles, Esq., 1536 Westminster Street, Providence RI 02909

/s/ Michael S. Pezzullo ____________________